# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CIONJA WEST,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3738** |
| | : | |
| **EQUIFAX INFORMATION** | : | |
| **SERVICES, LLC,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of September, 2025, upon consideration of Plaintiff Cionja West's *pro se* Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**